FILED BY [illegible] D.C.
02 JAN -9 AM 7:19
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

vs. CR. NO. 01-20242-D

DOUGLAS McCAIN

Defendant.

**ORDER ON CHANGE OF PLEA**

This cause came to be heard on January 3, 2002, the United States Attorney for this district, Dan Newsom, appearing for the Government and the defendant, Douglas McCain, appearing in person and with counsel, Leslie Ballin, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count One of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **Wednesday, April 3, 2002, at 1:00 p.m., in Courtroom No. 2, before Judge Bernice B. Donald.**

Defendant is allowed to remain released on present bond.

**ENTERED** this the 7th day of January, 2002.

**BERNICE B. DONALD**
**UNITED STATES DISTRICT JUDGE**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 1/9/02

29

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:01-CR-20242 was distributed by fax, mail, or direct printing on January 9, 2002 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main Street
Suite 800
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Avenue
Ste. 1250
Memphis, TN 38103

Douglas Ray McCain
1563 McCain Rd.
Brighton, TN 38011

Honorable Bernice Donald
US DISTRICT COURT